NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| SHERMAN JOHNSON, JR., | ) | No. C 09-05533 JF (PR) |
| Plaintiff, | ) | ORDER OF TRANSFER |
| vs. | ) | |
| LAURANCE SMITH, et al., | ) | |
| Defendants. | ) | (Docket No. 2) |

Plaintiff, a state prisoner proceeding pro se, filed the instant civil rights action pursuant to 42 U.S.C. § 1983 concerning the conditions of his confinement at the Deuel Vocational Institution. Because the acts complained of occurred in San Joaquin County and the Defendants are located in Sacramento and San Joaquin Counties, which lie within the venue of the Eastern District of California, venue properly lies in that district and not in this one. See 28 U.S.C. § 1391(b). Accordingly, this case is TRANSFERRED to the United States District Court for the Eastern District of California. See 28 U.S. C. § 1406(a). The Court will defer to the Eastern District on Plaintiff's motion to proceed in forma pauperis. (Docket No. 2.)

The Clerk shall terminate any pending motions and transfer the entire file to the Eastern District of California.

IT IS SO ORDERED.

DATED: 3/9/10

JEREMY FOGEL
United States District Judge

Order of Transfer
P:\PRO-SE\SJ.JF\CR.09\Johnson05533_transfer.wpd

1

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SHERMAN JOHNSON JR,

        Plaintiff,

  v.

LAURANCE SMITH, et al.,

        Defendants.
                                 /

Case Number: CV09-05533 JF

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on   3/18/10  , I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Sherman Johnson F-63133
Deuel Vocational Institution
P.O. Box 600
DVI-J-Wing #116
Tracy, CA 95378

Dated:   3/18/10

                                          Richard W. Wieking, Clerk