IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SHERMAN JOHNSON, JR.,

    Plaintiff,                      No. 2:10-cv-0716 KJN P

    vs.

LAURANCE SMITH, et al.,

    Defendants.              ORDER

_____/

        Plaintiff is a former prisoner proceeding without counsel. On April 20, 2010, plaintiff consented to proceed before the undersigned for all purposes. See 28 U.S.C. § 636(c). By order filed September 24, 2010, plaintiff's amended complaint was dismissed and thirty days leave to file a second amended complaint was granted. The thirty day period has now expired, and plaintiff has not filed a second amended complaint or otherwise responded to the court's order. Accordingly, IT IS HEREBY ORDERED that this action is dismissed without prejudice. See Local Rule 110; Fed. R. Civ. P. 41(b).

DATED: November 3, 2010

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

john0716.fta